IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT FINNE,<br><br>v.<br><br>USABLE MUTUAL INSURANCE COMPANY D/B/A ARKANSAS BLUE CROSS AND BLUE SHIELD, et al. | Case No. 2:13-cv-664 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Finne hereby voluntarily dismisses his claims against Defendants, USAble Mutual Insurance Company d/b/a/ Arkansas Blue Cross and Blue Shield, and Blue Cross and Blue Shield Association, without prejudice.

Respectfully submitted,

/s/ John Holton
John Holton
DEAL, COOPER & HOLTON, PLLC
296 Washington Avenue
Memphis, Tennessee 38103
Tel: (901) 523-2222.
jholton@dchlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal without Prejudice was served by ECF, this 13th day of September, 2013, upon counsel of record.

/s/ John Holton
John Holton