# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT FINNE,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | **Case No.: 2:13-CV-00664-RDP** |
| } | |
| **USABLE MUTUAL INSURANCE** } | |
| **COMPANY, d/b/a ARKANSAS BLUE** } | |
| **CROSS AND BLUE SHIELD, et al.** } | |
| } | |
| **Defendant.** } | |
| } | |
| } | |

## ORDER OF DISMISSAL

This case is before the court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. # 5). Upon consideration of the matters presented in the Notice, the court hereby **ORDERS** that Plaintiff's claims in this action against Defendants shall be, and are, **DISMISSED WITHOUT PREJUDICE**.  Costs are taxed as paid.

**DONE** and **ORDERED** this    13th    day of September, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE